ANNA ROWE, Respondent, v. J. J. LITTLE & IVES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

NEWARK RUBBER COMPANY, Respondent, v. WORLD RUBBER PRODUCTS COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

WOODHOUSE, STOLL & COMPANY, INC., Respondent, v. ROSSVILLE SILK MILLS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JOSEPHINE RICCIO, Respondent, v. ARTHUR SULLO, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $2,633.70, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. WALTER J. SALMON and Others, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

KIRBY COAL IRON MARINE COMPANY, Respondent, v. THE MATTHEW ADDY COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

HARRISON S. GREEN, Respondent, v. AUBREY G. MAGUIRE and Others, Impleaded with ISLAND OIL AND TRANSPORT CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs awarded to plaintiff upon the motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JANE CROOKS v. S. WANDER & SONS CHEMICAL COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

H. M. GOLDSTEIN CO., INC., Respondent, v. NADAY & FLEISCHER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Petition of JAMES T. LEONARD & CO., INC., Respondent, to Determine and Enforce the Lien of JOHN J. SULLIVAN, an Attorney-at-Law, Appellant, and for an Order Directing a Refund of Moneys Retained.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.